1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   OSTON G. OSOTONU,

11              Plaintiff,                No. CIV S-10-2964 MCE DAD P

12       vs.

13   C/O RINGLER, et al.,

14              Defendants.              ORDER

15   _____/

16              Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42

17   U.S.C. § 1983.

18              The court previously dismissed plaintiff's complaint and granted him leave to file

19   an amended complaint.  After granting him several extensions of time, plaintiff complied with

20   the court's order and filed amended complaint.  However, before the court had an opportunity to

21   screen plaintiff's amended complaint he filed a motion to amend, asking the court for permission

22   to file a second amended complaint to correct certain deficiencies in his amended complaint.

23   Under the circumstances of this case, the court will grant plaintiff's motion for leave to amend

24   and direct him to file a second amended complaint within thirty days.  See Fed. R. Civ. P. 15

25   ("The court should freely give leave [to amend] when justice so requires.").

26   /////

1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's motion to amend (Doc. No. 15) is granted;

3        2.  Plaintiff shall file a second amended complaint within thirty days of the date of

4 service of this order.  Failure to comply with the court's order or seek an extension of time to do

5 so will result in a recommendation for dismissal of this action.

6 DATED: March 12, 2012.

7

8                    _____

                      DALE A. DROZD

9 DAD:9                  UNITED STATES MAGISTRATE JUDGE

   osot2964.mta

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2